1126

No. 05–7935. JETER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7937. JACKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–7939. BLAYLOCK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7945. DEVITA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7946. DILLARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7947. DIAZ-DIAZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7948. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7949. DANIELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7950. CLAYTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7951. ECKLES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7953. WEBB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–7956. MICHAUD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7957. NGUYEN *v.* WILEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 05–7960. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7961. LEYLAND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7963. VALLADARES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.